

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00317-CV

In the Interest of **X.A.W.**, X.T.W., and X.M.W.

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-03038
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED October 30, 2013.

_____
Karen Angelini, Justice